IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

```
FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 DEC 22  A 8:23

CLERK_____
      SO. DIST. OF GA.
```

JOHN ANTONIO CASILLAS

vs.                                  CV206-4

UNITED STATES OF AMERICA

## ORDER

The appeal in the above-styled action having dismissed with prejudice, by the United States Court of Appeals for the Eleventh Circuit;

**IT IS HEREBY ORDERED** that the order of the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this ____21____ day of December, 2006.

_____
Judge, Untied States District Court
Southern District of Georgia